UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

Petitioner,

v.

CLAIR R. COUTURIER, JR., an individual,

Respondent.

Case Number: MC08-5052RBL

**ORDER TO SHOW CAUSE**

Upon consideration of the Petition to Enforce Administrative Subpoenas by the Secretary of Labor, United States Department of Labor, to compel Respondent Clair R. Couturier, Jr. to comply with an Administrative Subpoena *Duces Tecum* issued on July 8, 2008 and a Subpoena *ad Testificandum* issued on August 12, 2008 by the Office of the Employment Benefits Security Administration and Petitioner's Motion for Expedited Hearing, it is hereby

**ORDERED** that at 8:30 o'clock in the A.M. on October 1, 2008, in the United Stated District Court for the Western District of Washington in Tacoma, Washington, Courtroom B, the

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA 98101
(206) 553-0940

Respondent appear before the undersigned for a preliminary hearing and show cause, if any there be, why the prayer of the Petition filed in this matter should not be granted. It is further

**ORDERED** that Respondent shall file any Answer to the Petition setting forth his objections on or before September 26, 2008. Petitioner may file a reply on or before 12:00 p.m. on September 30, 2008. It is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the Petition to Enforce Administrative Subpoenas and accompanying papers, be served forthwith upon the Respondent.

DATED this 17th day of September, 2008

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, WA 98101
(206) 553-0940

**ORDER TO SHOW CAUSE - PAGE 2**
**Case No.**