The Honorable Ronald B. Leighton

Michael P. Monaco
SONG MONDRESS PLLC
720 Third Avenue, Suite 1500
Seattle, WA 98104
(206) 398-1500
Fax: (206) 398-1501

Theodore M. Becker
Julie A. Govreau
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
(312) 324-1000
Fax: (312) 324-1001

Attorneys for Respondent
CLAIR R. COUTURIER, JR.

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>　　　　　Petitioner,<br>v.<br>CLAIR R. COUTURIER, JR., an Individual,<br>　　　　　Respondent. | Case Number: MC08-5052RBL<br><br>**PROTECTIVE ORDER** |

On the Motion for Protective Order filed by Respondent Clair R. Couturier, Jr.

IT IS HEREBY ORDERED as follows:

Until further order of this Court, and except as limited below, Petitioner, Elaine L. Chao, Secretary of Labor, United States Department of Labor ("DOL") shall not disclose to anyone outside the DOL including, without limitation, parties or counsel in the action entitled *Johnson, et al. v. Couturier, et al.*, U.S. District Court, E.D. Cal. Case No. 2:05-cv-02046 consolidated with *Stanton v. Couturier, et al.,* U.S. District Court, E.D. Cal. Case No. 2:07-cv-01208, any of the following documents or information that may be produced by Respondent pursuant to Paragraphs 1(d)(1)-(4) of this Court's Order entered on October 7, 2008 (Docket #20):

(a) Documents relating to the release of TEOHC shares to Respondent's Pensco IRA account;

(b) documents relating to the repurchase of TEOHC shares from Respondent's Pensco IRA account;

(c) Documents relating to any other property held in the Pensco IRA account that was conveyed to TEOHC as part of the consideration for the $26 million payment;

(d) To the extent the Payment is no longer in the Pensco IRA account, Respondent shall disclose to the Petitioner the identity of the investment firm(s) and investment manager(s) to which the Payment was first transferred. To the extent the Payment remains in Respondent's Pensco IRA account, Respondent shall disclose the identity of the investment manager(s) by which the Payment was first managed (the "Financial Information").

Nothing in this Order will prevent the Secretary from communicating with other federal agencies pursuant to her statutory and/or regulatory mandate.

**IT IS SO ORDERED.**

DATED: October 17, 2008

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE